IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUIS E MONGE,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00173-MP -GRJ

DOE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation regarding the Complaint, Doc. 1. The Magistrate Judge has recommended this case be dismissed for failure to prosecute. Plaintiff has not objected, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. Report and Recommendation of the Magistrate Judge, Doc. 16, is ADOPTED and incorporated herein.

2. This case is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this  *8th* day of December, 2010

                              *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge